Lisa A. Maxfield · OSB 844337
Pacific Northwest Law, LLP
1100 SW Sixth Avenue, Suite 1600
Portland, Oregon 97204
t. 503.222.2661 · f. 503.222.2864
lamaxfield@pacificnwlaw.com

Attorney for Defendant Tracie Ann Harbison

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>v.<br><br>TRACIE ANN HARBISON,<br><br>      Defendant. | 3:24-cr-00046-SI<br><br>DEFENDANT'S SENTENCING MEMORANDUM |

The Defendant, Tracie Ann Harbison, will appear for sentencing on July 2, 2026, upon her plea of guilty to Possession with the Intent to Distribute Methamphetamine. For reasons expressed in other sentencing materials, Ms. Harbison respectfully requests this Court to impose a sentence of 30 months, a sentence that is "sufficient, but not greater than necessary" to satisfy the purposes of sentencing.

DATED this 24th day of June 2026.

Respectfully submitted,
Pacific Northwest Law, LLP

/s/ Lisa  A. Maxfield
Lisa A. Maxfield · OSB 844337
Attorney for Defendant Tracie Ann Harbison

1

USDC Oregon Case 3:24-cr-00046-SI
Defendant's Sentencing Memorandum - Harbison